IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: _O:26-463_ |
| | ) | |
| vs. | ) | 18 U.S.C. § 871(a) |
| | ) | 18 U.S.C. § 875(c) |
| JOHN ALEXANDER BELLUE | ) | |
| | ) | **INDICTMENT** |

**COUNT ONE**
*(Threat Against the President of the United States)*

**THE GRAND JURY CHARGES:**

On or about September 7, 2025, in the District of South Carolina, the Defendant, **JOHN ALEXANDER BELLUE**, did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, the Defendant posted on a publicly available social media account on the X social media platform the following:

> "@realDonaldTrump you have the right to remain silent, I'm gonna kill you in the most brutal way possible."

which a reasonable recipient who is familiar with the circumstances would interpret as a serious expression of an intent to do harm to the President of the United States.

In violation of Title 18, United States Code, Section 871(a).

1

## COUNT TWO
*(Interstate Communication of a Threat to Injure)*

**THE GRAND JURY FURTHER CHARGES:**

On or about September 7, 2025, in the District of South Carolina, the Defendant, **JOHN ALEXANDER BELLUE**, did knowingly and willfully transmit in interstate and foreign commerce a communication that contained a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, the Defendant posted on a publicly available social media account on the X social media platform the following:

> "@realDonaldTrump you have the right to remain silent, I'm gonna kill you in the most brutal way possible."

which a reasonable recipient who is familiar with the circumstances would interpret as a serious expression of an intent to do harm to the President of the United States.

In violation of Title 18, United States Code, Section 875(c).

A____ *True* ____ BILL

███████████████████

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____

Kerry B. McTigue (Fed ID #7679)
Special Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.:   803-929-3065
Fax:   803-254-2912
Email: Kerry.McTigue@usdoj.gov

2